| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Curtis C. Lee | Case No.: 17-32368<br>Chapter: 13<br>Judge: VFP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Curtis C. Lee_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 02/02/2023

/s/ Curtis Lee
Debtor's Signature

**IMPORTANT**:
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Kathleen M. Lee

Case No.: 17-32368

Chapter: 13

Judge: VFP

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Kathleen M. Lee__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 02/02/2023

/s/ K. Lee
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.

*rev.6/16/17*