Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−32368−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Curtis C. Lee | Kathleen M. Lee |
| 395 2nd Street | 395 2nd Street |
| Hackensack, NJ 07601 | Hackensack, NJ 07601 |

Social Security No.:
  xxx−xx−0874                                    xxx−xx−7382

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 21, 2023</u>        <u>Vincent F. Papalia</u>
                                          Judge, United States Bankruptcy Court