| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Curtis C. Lee | Social Security number or ITIN   xxx–xx–0874 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kathleen M. Lee | Social Security number or ITIN   xxx–xx–7382 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–32368–VFP | | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Curtis C. Lee                                             Kathleen M. Lee


2/21/23                                                     **By the court:** <u>Vincent F. Papalia</u>
                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Curtis C. Lee  
Kathleen M. Lee  
    Debtors

Case No. 17-32368-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Feb 21, 2023      Form ID: 3180W      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis C. Lee, Kathleen M. Lee, 395 2nd Street, Hackensack, NJ 07601-2730 |
| 517160130 | + | Ashwood Financial Inc, Po Box 47707, Indianapolis, IN 46247-0707 |
| 517160137 | + | Capital One, PO Box 1954, Southgate, MI 48195-0954 |
| 517160149 | + | Fremont Investment & Loan, Attn: Bankruptcy, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 517160153 | + | Gmac Mortgage, 3451 Hammond Ave, Waterloo, IA 50702-5345 |
| 517160156 | + | Metlife Home Loan, Pob 630387, Irving, TX 75063-0119 |
| 517160157 | + | Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 517160158 | + | New Century Mortgage C/Carrington, 1610 E. St. Andrew Place, B150, Santa Ana, CA 92705-4941 |
| 517160163 | + | Sotrust Mtge, 1 Home Campus 1st Floor, Des Moines, IA 50328-0001 |
| 517160164 | + | Sundance Vacation Network, Attn: Tristate Fin Inc., PO Box 2520, Wilkes Barre, PA 18703-0018 |
| 517160171 | | Union Cty Probation, 32 Winfield Scott Plz, Elizabeth, NJ 07201 |
| 517160175 | | Wells Fargo Hm Mortgag, 3480 Stateview Blv, Des Moines, IA 50306 |
| 517160177 | + | Yvonne Manns, 14772 Soapstone Drive, Gainesville, VA 20155-4807 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 21 2023 22:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 21 2023 22:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517160129 | + | Email/PDF: bncnotices@becket-lee.com | Feb 21 2023 22:59:41 | American Express, PO Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 517160136 | | EDI: BANKAMER.COM | Feb 22 2023 03:34:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 517160132 | | EDI: BANKAMER.COM | Feb 22 2023 03:34:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517160134 | + | EDI: BANKAMER.COM | Feb 22 2023 03:34:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, PO Box 5170, Simi Valley, CA 93062-5170 |
| 517375476 | + | EDI: BANKAMER2.COM | Feb 22 2023 03:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517160135 | + | EDI: TSYS2 | Feb 22 2023 03:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 517160144 | | EDI: CITICORP.COM | Feb 22 2023 03:34:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, PO Box 20363, Kansas City, MO 64195 |

Case 17-32368-VFP    Doc 102    Filed 02/23/23    Entered 02/24/23 00:21:22    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517160147 | | EDI: CITICORP.COM | Feb 22 2023 03:34:00 | Exxmblciti, Attn.: Centralized Bankruptcy, PO Box 20507, Kansas City, MO 64195 |
| 517160138 | + | EDI: CAPITALONE.COM | Feb 22 2023 03:34:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517341704 | + | Email/Text: bankruptcy@cavps.com | Feb 21 2023 22:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517160143 | + | EDI: LCITDAUTO | Feb 22 2023 03:34:00 | Chrysler Financial/TD Auto Finance, Attn: Bankruptcy, PO Box 551080, Jacksonville, FL 32255-1080 |
| 517160145 | + | EDI: CITICORP.COM | Feb 22 2023 03:34:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517309959 | + | Email/Text: bankruptcy@dss.virginia.gov | Feb 21 2023 22:45:00 | Commonwealth of VA, Office of the Attorney General, DCSE - Bankruptcy Unit, 2001 Maywill St. Ste. 200, Richmond, VA 23230-3236 |
| 517160148 | + | EDI: AMINFOFP.COM | Feb 22 2023 03:34:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517160150 | + | EDI: RMSC.COM | Feb 22 2023 03:34:00 | GECRB / HH Gregg, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517160151 | + | EDI: RMSC.COM | Feb 22 2023 03:34:00 | GECRB/JC Penny, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517160152 | + | EDI: RMSC.COM | Feb 22 2023 03:34:00 | GECRB/Lowes, Attention: Bankruptcy Department, PO Box 103104, Roswell, GA 30076-9104 |
| 517160146 | | EDI: IRS.COM | Feb 22 2023 03:34:00 | Dept. Of Treasury, Internal Revenue Service, POB 9019, Holtsville, NY 11742-9019 |
| 517160141 | | EDI: JPMORGANCHASE | Feb 22 2023 03:34:00 | Chase Bp Prvt Lbl, Po Box 15298, Wilmington, DE 19850 |
| 517160142 | | EDI: JPMORGANCHASE | Feb 22 2023 03:34:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517382494 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 21 2023 22:45:00 | JPMorgan Chase Bank N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517378085 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 22:59:25 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517220384 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2023 22:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 517160159 | | EDI: PRA.COM | Feb 22 2023 03:34:00 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 517259520 | | EDI: PRA.COM | Feb 22 2023 03:34:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517381644 | | EDI: PRA.COM | Feb 22 2023 03:34:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517160160 | + | EDI: CITICORP.COM | Feb 22 2023 03:34:00 | Prsm/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517160161 | + | Email/Text: bk-notification@sps-law.com | Feb 21 2023 22:44:00 | Schachter Portnoy LLC, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 517160162 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 21 2023 22:45:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517160165 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Feb 21 2023 22:44:00 | Sunrise Credit Service, 234 Airport Plaza Blvd S, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Farmingdale, NY 11735-3938 |
| 517160166 | + EDI: RMSC.COM | Feb 22 2023 03:34:00 | | Syncb/carcare One, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517160167 | + EDI: RMSC.COM | Feb 22 2023 03:34:00 | | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 517160168 | + EDI: RMSC.COM | Feb 22 2023 03:34:00 | | Syncb/home Design-hi-p, C/o P.o. Box 965036, Orlando, FL 32896-0001 |
| 517161454 | + EDI: RMSC.COM | Feb 22 2023 03:34:00 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517185889 | + EDI: AIS.COM | Feb 22 2023 03:34:00 | | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517160169 | EDI: LCITDAUTO | Feb 22 2023 03:34:00 | | Td Auto Finance, 27777 Franklin Rd, Farmington Hills, MI 48334 |
| 517160172 | + EDI: VERIZONCOMB.COM | Feb 22 2023 03:34:00 | | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 517160154 | EDI: WACHOVIA.COM | Feb 22 2023 03:34:00 | | Homeq Servicing, Po Box 13716, Sacramento, CA 95853 |
| 517160173 | ^ MEBN | Feb 21 2023 22:42:10 | | Weisfield Jewelers/Sterling Jewelers Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 517160176 | + EDI: WFFC2 | Feb 22 2023 03:34:00 | | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517160131 | *+ | Ashwood Financial Inc, Po Box 47707, Indianapolis, IN 46247-0707 |
| 517160133 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517160139 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517160140 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517160155 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Cincinnati, OH 45999-0149 |
| 517160170 | * | Td Auto Finance, 27777 Franklin Rd, Farmington Hills, MI 48334 |
| 517160174 | *+ | Weisfield Jewelers/Sterling Jewelers Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor JPMORGAN CHASE BANK N.A. nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael J. Milstead | on behalf of Creditor JPMORGAN CHASE BANK N.A. bkecf@milsteadlaw.com bkecf@milsteadlaw.com |
| Roger Fay | on behalf of Creditor JPMORGAN CHASE BANK N.A. rfay@milsteadlaw.com bkecf@milsteadlaw.com |
| Russell L. Low | on behalf of Joint Debtor Kathleen M. Lee ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Curtis C. Lee ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8